Andrew R. Muehlbauer
**MUEHLBAUER LAW OFFICE, LTD.**
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, NV 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

*Counsel for Plaintiff Wilkerson*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE BIOVIE INC. DERIVATIVE LITIGATION | Case No. 3:24-cv-00602-CSD (Consolidated) |
| This Document Relates to: ALL ACTIONS | Magistrate Judge Craig S. Denney<br>**STIPULATION AND ORDER STAYING CONSOLIDATED DERIVATIVE ACTION** |

WHEREAS, on December 30, 2024, plaintiff Andrew Hulm ("Plaintiff Hulm") filed a shareholder derivative action on behalf of nominal defendant BioVie Inc. ("BioVie" or the "Company") alleging causes of action for breach of fiduciary duties, unjust enrichment, gross mismanagement, waste of corporate assets, and abuse of control against defendants Cuong Do, Joseph Palumbo, Richard J. Berman, Steve Gorlin, Robert Hariri, Jim Lang, Sigmund Rogich, and Michael Sherman (collectively, the "Individual Defendants," and together with the Company, "Defendants") captioned *Hulm v. Do, et al.*, Case No. 3:24-cv-00602-CSD (the "*Hulm* Action");

WHEREAS, on September 2, 2025, plaintiff William Settel ("Plaintiff Settel") filed a shareholder derivative action on behalf of nominal defendant BioVie in this Court alleging causes of action for breach of fiduciary duties, aiding and abetting breach of fiduciary duties, unjust enrichment, abuse of control,

and waste of corporate assets against the Individual Defendants, captioned *Settel v. Do, et al.*, Case No. 3:25-cv-00467-ART-CLB (the "*Settel* Action");

WHEREAS, on September 11, 2025, plaintiff Clint Wilkerson ("Plaintiff Wilkerson" and together with Plaintiff Hulm and Plaintiff Settel, "Plaintiffs") filed a shareholder derivative action on behalf of nominal defendant BioVie in this Court alleging causes of action for breach of fiduciary duties, aiding and abetting breach of fiduciary duties, unjust enrichment, waste of corporate assets, and insider trading against the Individual Defendants, captioned *Wilkerson v. Do, et al.*, Case No. 2:25-cv-01716-GMN-MDC (the "*Wilkerson* Action" and together with the *Hulm* Action and the *Settel* Action, the "Related Derivative Actions");

WHEREAS, on September 29, 2025, the Court entered an order in accordance with the parties' stipulation consolidating the Related Derivative Actions (now the "Consolidated Action") and appointing Rigrodsky Law, P.A. as lead counsel for Plaintiffs;

WHEREAS, there is factual overlap among the Consolidated Action and a related securities class action pending in this Court, captioned *In re BioVie Inc. Securities Litigation*, Case No. 3:24-cv-00035-MMD-CSD (the "Securities Class Action");

WHEREAS, proceedings in the Securities Class Action may inform the manner in which the Consolidated Action proceeds; and

WHEREAS, Plaintiffs and Defendants (the "Parties") have met and conferred and agree that, given the circumstances of the Consolidated Action and the Securities Class Action, it would be in the best interests of BioVie to temporarily stay the Consolidated Action on the terms set forth below, to avoid inefficiencies and duplicative effort and better preserve the resources of the Parties and the Court;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, to temporarily stay the Consolidated Action pursuant to the following terms:

1. This Consolidated Action, including all deadlines and hearings, shall be temporarily stayed pending the earlier of: (i) issuance of a decision in the Securities Class Action resolving a motion for summary judgment by defendants in the Securities Class Action; (ii) announcement by the parties in the Securities Class Action that a settlement has been reached; or (iii) final dismissal of the Securities

Class Action with prejudice. The stay may be lifted earlier upon fifteen (15) days' notice in writing via email by any Party to this Stipulation to opposing counsel that it no longer consents to the voluntary stay of this Consolidated Action. Within thirty (30) days after lifting or termination of the of the stay, the Parties shall meet and confer and submit to the Court a schedule for Plaintiffs to file an amended complaint and/or for Defendants to file a motion to dismiss the Consolidated Action or otherwise respond to the operative complaint.

2. Plaintiffs may file an amended complaint during the pendency of the stay, but Defendants shall have no obligation to move, answer, plead, or otherwise respond to the complaint or any amended complaint during the pendency of the stay.

3. Defendants will promptly notify Plaintiff if they become aware of any additional shareholder derivative lawsuit(s) filed in any forum based on the same or similar events or misconduct as that alleged in the Consolidated Action ("Related Derivative Action"). Defendants shall promptly notify Plaintiffs if a Related Derivative Action is not stayed for a similar or longer duration than the Consolidated Action.

4. Defendants shall produce to Plaintiffs, within (30) days of a final deposition transcript becoming available, the transcript from any deposition(s) conducted in the Securities Class Action, including any marked exhibits used therein, subject to a reasonable protective order that permits Plaintiffs to use such documents in Plaintiffs' case.

5. Defendants shall promptly produce to Plaintiffs any documents produced to plaintiffs in a Related Derivative Action that regards substantially similar or the same allegations as those made in the Consolidated Action, pursuant to a reasonable confidentiality agreement by the Parties that permits Plaintiffs to use such documents in Plaintiffs' case.

6. In the event that the parties to the Securities Class Action or to any Related Derivative Action agree to attend either a court-ordered settlement conference, party-scheduled mediation, or other formal settlement negotiation, Defendants will provide Plaintiffs with reasonable advance notice and shall invite Plaintiffs to participate therein.

7. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Consolidated Action.

**IT IS SO STIPULATED.**

Dated: January 26, 2026 Respectfully submitted,

**LEVERTY & ASSOCIATES LAW CHTD.**

*<u>/s/ Patrick Leverty</u>*
Patrick R. Leverty, NV Bar No. 8840
608 Lander Street
Reno, NV 89509
pat@levertylaw.com
Ph.: (775) 322-6636

*Local Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**

Seth D. Rigrodsky
Vincent Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: vl@rl-legal.com

*Lead Counsel for Plaintiffs*

**GRABAR LAW OFFICE**

Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff Settel*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Ave., Suite 2501
New York, NY 10016
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Hulm*

**MUEHLBAUER LAW OFFICE, LTD.**
Andrew R. Muehlbauer
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, NV 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff Wilkerson*

**SNELL & WILMER, LLP**

*/s/ Bradley Austin*
Patrick G. Byrne, Esq.,
Nevada Bar No. 7636
Bradley T. Austin, Esq.,
Nevada Bar No. 13064
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
baustin@swlaw.com

**BAKER & HOSTETLER LLP**

Douglas W. Greene, Esq.
45 Rockefeller Plaza

New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dgeene@bakerlaw.com

*Counsel for Defendants Cuong Do, Joseph Palumbo, Richard J. Berman, Steven Gorlin, Robert Hariri, Jim Lang, Sigmund Rogich, and Michael Sherman, and Nominal Defendant BioVie Inc.*

**ORDER**

IT IS SO ORDERED:



______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2026